IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>INFORMATION ASSOCIATED WITH<br>FACEBOOK USER ID<br><br>TARGET ACCOUNT:<br>"100007814089318"/Account "Jojo Blood Black<br>Money" Facebook preservation Case #580085<br><br>THAT ARE STORED AT PREMISES<br>CONTROLLED BY FACEBOOK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO. 3:15-mJ-221

**Filed Under Seal**

FILED
CHARLOTTE, NC

JUN 12 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## ORDER SEALING SEARCH AND SEIZURE WARRANT AND
## AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Jill Westmoreland

Rose, Acting United States Attorney for the Western District of North Carolina, for an Order

directing that the Search and Seizure Warrant and Affidavit and Application, and the Motion to

Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in

this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search and Seizure Warrant and Affidavit and

Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's

Office.

This the 12 day of June, 2015.

THE HONORABLE DAVID C. KEESLER S. CAYER
UNITED STATES MAGISTRATE JUDGE