IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | DOCKET NO. **3:15-MJ-221-DSC** |
| ) | |
| "100007814089318"/Account "Jojo ) | **ORDER TO UNSEAL** |
| Blood Black Money" Facebook ) | **SEARCH and SEIZURE WARRANT** |
| preservation Case #58008 THAT IS ) | |
| STORED AT PREMISES CONTROLLED ) | |
| BY FACEBOOK ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the above-captioned Search and Seizure Warrant be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned Search and Seizure Warrant be unsealed.

**SO ORDERED**.

Signed: August 25, 2015

_____
David S. Cayer
United States Magistrate Judge